UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    CASE NO. 13 B 05145
                                          CHAPTER 13
Kenneth Ross
Kathryn Ross                              JUDGE JACK B SCHMETTERER

        DEBTORS                           **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  SELENE FINANCE

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 15 | 1535 ARRS | $4,145.60 | $4,145.60 | $4,145.60 |
| Total Amount Paid by Trustee | | | | | $4,145.60 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit        **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 13-05145-JBS

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 18th day of June, 2015.

Debtor:
Kenneth Ross
Kathryn Ross
4720 N Kenton Ave
Chicago, IL  60630

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL  60603
via Clerk's ECF noticing procedures

Creditor:
SELENE FINANCE
9990 RICHMOND AVE #400S
HOUSTON, TX  77042

Mortgage Creditor:
ALLQUEST HOME
% CODILIS & ASSOC
15W030 N FRONTAGE RD # 100
BURR RIDGE, IL  60527

Creditor:
ALLIED
MORTGAGE/DOVENMUEHL
1 CORPORATE DR STE 360
LAKE ZURICH, IL  60047

ELECTRONIC SERVICE - United States Trustee

Date:  June 18, 2015

/s/ TOM VAUGHN

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603